# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

FILED
VANESSA L. ARMSTRONG, CLERK
FEB 06 2012
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Troy W. Burden
Franklin L. Howell II

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 4:12CV-19M
(To be supplied by the clerk)

Daviess Cont Detention Center

(Full name of the Defendant(s) in this action)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Troy Wayne Burden

Place of Confinement: Daviess County Detention Center

Address: 3337 Hwy 60 East Owensboro, Ky 42303

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: Franklin L. Howell

Place of Confinement: Daviess County Detention Center

Address: 3337 Hwy 60 E Owensboro, Ky 42303

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (X)

(3) Name of Plaintiff: ____________________

Place of Confinement: ____________________

Address: ____________________

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s)**. Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant ____________________ is employed

as ____________________ at ____________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(2) Defendant ____________________ is employed

as ____________________ at ____________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant ____________________ is employed

as ____________________ at ____________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant ____________________ is employed

as ____________________ at ____________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant ______________________________________ is employed

as ________________________ at ______________________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (___)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ______________________

______________________

Defendant(s): ______________________

______________________

Court (if federal court, name the district. If state court, name the county):

______________________________________________________

Docket number: ______________________________________________

Name of judge to whom the case was assigned: ______________________

Type of case (for example, habeas corpus or civil rights action):________

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

______________________________________________________

Approximate date of filing lawsuit: ______________________________

Approximate date of disposition: ________________________________

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Hello my NAME is FRANKLIN L. Howell II I AM MARRIED To DARLA RENEE HOWELL HER B.D. is 6/11/1976, I AM being Tried under extreme predjudice by McLEAN Co. Ky 42371 MY wife HAS worked with All of McLEAN AND surrounding co.'s Police, Prosicuters, Clerks, Dep. AND EVEN The Judges, in which I AM being Held on False allegations AND A very unreasonable bond, not to mention my living conditions That could cost me my life, For I Have medical conditions which need Attention, AND Are falling on def, ears if you will, I AM CAGED like A ANIMAL if you will over false statements, That Are making my conditions worse, THANK U, respectfully [signature] C.NO. 12-F-00003

I FEEL That what is HAPPENING Here is constitutionally offencive, AND Judicially predjudice, not to mention The fact of prosecutorial mis conduct, mis represcentation of council AND, what Ever other legal presidence in The ses pool, it is unconstitutional!

**III. STATEMENT OF CLAIM(S) continued**

My NAme is TRoy BuRDen AND The DAviess County Detention Center Refuses To TAke mine AND mister Howells BlooD SugAR Except But once A week. We Both SuFFeR From (HypoglAcimia) Low BlooD SugAR which CAn Result in ComA OR Death. I Feel As Though They ARe Violating my 14th AmenDment (The Equal Protectinon clAusel OF ARe Constitution.

Along With The Innocent Till Proven Guilty By CAgeing Us in A cell Being DeemeD High Risk FoR ouR ChARges Which We HAve not Been ConvicteD Of Yet. I Am Bi-polAR, SchizoAnia, Anxiety, InteR-mitting Explosive Anger DisoRDeR, Anti-SociAl DisoRDeR, Being GAge in SolitARe Just BecAuse my chARges CAuse me ALot of Emotional Anguish, AnD CAuses The Voices in my HeAD To Be VeRy HARD To Deal with EncluDing With me meDicAtion To ContRol Them. I HAve spoken with Then numouRs Times ABout This They SAy Too BAD it is JAil get oveR it.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 10,000,000

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ _____

✓ other: AND LOSS OF JOBS OF All involveD

## V. DECLARATION UNDER PENALTY OF PERJURY (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 3 day of FeBUARY, 2012.

[signature]
(Signature of Plaintiff)

[signature]
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)




United States District Court
423 Frederica Street, Suite 126
Owens Boro, KY 42301-3013

an inmate incarcerated [illegible]
[illegible] Cent
items contained herein

42301#3013